

**THIS ORDER IS APPROVED.**

**Dated: June 16, 2010**



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-10485

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Bonita D. Weddle and Gary D. Weddle<br>         Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>         Movant,<br>    vs.<br><br>Bonita D. Weddle and Gary D. Weddle, Debtors,<br>Gayle E. Mills, Trustee.<br><br>         Respondents. | No. 4:10-bk-08839-JMM<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #21) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 18, 2004 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Bonita D. Weddle and Gary D. Weddle have an interest in, further described as:

> Lot 22, ARISSONA AT ROCKAWAY VALLEY, according to Book 361 of Maps, page 24, records of Maricopa County;
>
> EXCEPT 1/16th of all oil, gas and other Hydrocarbon substances, helium or other substances of a gaseous nature, cola, metals, minerals, fossils, fertilizer of every name and description and
>
> EXCEPT all uranium, thorium or any other material which is or may be determined to be peculiarly essential to the production of fissionable materials whether or not of commercial value, as set forth in Section 37-231, Arizona Revised Statutes.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.